**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

ROSIE WALKER                                                                          PLAINTIFF

v.                                              No. 2:18CV00038 JLH

SYNCHRONY BANK;
and ALLIED INTERSTATE, LLC                                              DEFENDANTS

## ORDER

Pursuant to the stipulation of the parties, all claims in this action will be submitted to a binding, nonjudicial arbitration pursuant to the parties' arbitration agreement. This case is stayed pending arbitration. The Court directs the Clerk to terminate this case administratively. Either party may move to reopen the case within 30 days after a final decision is rendered in the arbitration.

IT IS SO ORDERED this 17th day of April, 2018.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE